# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:21-CV-00244

| | |
|---|---|
| MELISSA MCINTOSH, )<br><br>Plaintiff, )<br><br>v. )<br><br>SCOTT CLARK NISSAN[1], *A Business*<br>*Entity Whose Form is Unknown, and* DOES<br>1 *Through* 10 *Inclusive*, )<br><br>Defendants. ) | **NOTICE OF REMOVAL** |

Defendant TT of Littleton, Inc., incorrectly named in this lawsuit as Scott Clark Nissan ("Defendant" or "TT of Littleton"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1332 and 1446, gives notice that it has removed from the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, the action entitled <u>Melissa McIntosh v. Scott Clark Nissan,</u> Case No. 21-CVS-6230, to this Court, the United States District Court for the Western District of North Carolina, and states as follows:

1.      On April 15, 2021, *pro se* Plaintiff Melissa McIntosh ("Plaintiff") filed this action in the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina.

2.      Defendant TT of Littleton, Inc. was served with the Summons and Complaint on or about April  22, 2021.

3.      In pertinent part, 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be

---

[1] Defendant Scott Clark Nissan is incorrectly named  in this lawsuit.  The correct name of the entity is TT of Littleton, Inc.

removed by the defendant or the defendants…" 28 U.S.C. § 1441(a).

4. This Notice of Removal has been timely filed within thirty (30) days after service of the initial Complaint. *See* 28 U.S.C. § 1446(b).

5. This action is removable to this Court because the Complaint alleges federal causes of action under Title VII, 42 U.S.C. §2000e et seq. The Plaintiff is asserting claims under a federal statute, therefore, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit 1 are copies of all process, pleadings and orders served upon Defendant in this action and/or filed in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, No. 21-CVS-6230.

7. After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal upon the *pro se* Plaintiff and will file the same with the Clerk of the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant TT of Littleton, Inc., incorrectly named in this lawsuit as Scott Clark Nissan, prays that the above-referenced action now pending in the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, Case No. 21-CVS-6230, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d), that the Mecklenburg County Superior Court proceed no further unless and until the case is remanded.

This the 21th day of May, 2021.

<div style="margin-left:45%">

s/ Shalanna L. Pirtle
Shalanna L. Pirtle
N.C. State Bar No. 36996
shalannapirtle@parkerpoe.com
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 335-6628
Facsimile: (704) 334-4706

*Attorney for Defendant*

</div>

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing "***Notice of Removal***" was electronically filed with the Clerk of Court using the CM/ECF system, and served upon the *Pro Se Plaintiff* via First Class Mail, addressed as follows:

Melissa McIntosh
8401 Swank Place #206
Charlotte, NC 28216

This the 21th day of May, 2021.

s/ Shalanna L. Pirtle
Shalanna L. Pirtle
N.C. State Bar No. 36996
shalannapirtle@parkerpoe.com
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 335-6628
Facsimile: (704) 334-4706

*Attorney for Defendant*